SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Fred R. Puglisi, Cal. Bar No. 121822
Jay T. Ramsey, Cal. Bar No. 273160
1901 Avenue of The Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701

Attorneys for Plaintiff
Precision for Medicine, LLC (F/K/A Precision Oncology LLC; F/K/A Act Oncology, LLC)

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Gray IV, Cal. Bar No. 202137
andrew.gray@morganlewis.com
Walter S. Tester, Cal. Bar No. 287228
scott.tester@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304
Tel:   +1.650.843.4000
Fax:   +1.650.843.4001

Lucy Wang, Cal. Bar No. 257771
lucy.wang@morganlewis.com
One Market
Spear Street Tower
San Francisco, CA 94105-1596
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001

Attorneys for Defendant
SureClinical, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Precision for Medicine, LLC (f/k/a Precision Oncology LLC; f/k/a ACT Oncology, LLC),<br><br>Plaintiff,<br><br>vs.<br><br>SureClinical, Inc.,<br><br>Defendant. | Case No. 2:21-cv-01111-MCE-AC<br><br>**JOINT STIPULATION CONTINUING HEARING DATE AND ORDER GRANTING SAME**<br><br>Judge: Morrison C. England, Jr.<br>Hearing Date: July 8, 2021<br>Time: 11:00AM |

Plaintiff Precision for Medicine, LLC (f/k/a Precision Oncology LLC; f/k/a ACT Oncology, LLC) ("Precision") and Defendant SureClinical, Inc. ("SureClinical") (collectively, the "Parties"), by and through their respective counsel, respectfully submit this stipulation.

WHEREAS, on June 23, 2021, Precision filed its Complaint in the above-captioned matter and filed a Motion for Temporary Restraining Order ("TRO") and Preliminary Injunction ("PI").

WHEREAS, on June 23, 2021, the Court granted the TRO until July 8, 2021 and further scheduled a hearing on July 8, 2021 to consider Precision's Motion for Preliminary Injunction.

WHEREAS, on July 1, 2021, SureClinical filed an opposition to the Motion for Preliminary Injunction.

WHEREAS, on July 5, 2021, Precision filed a Reply in support of its Motion for Preliminary Injunction.

WHEREAS, the Parties are engaging in ongoing business discussions.

NOW THEREFORE, the Parties hereby stipulate and agree, as follows:

1. Subject to the approval of the Court, that the hearing on Precision's Motion for Preliminary Injunction currently scheduled for July 8, 2021, be continued until a date and time at the Court's earliest convenience on or after July 22, 2021.
2. The TRO entered by the Court on June 23, 2021 shall remain in full force and effect until the continued hearing date on the Motion for Preliminary Injunction.
3. During the period from now until the continued hearing date on the Motion for Preliminary Injunction, Precision and SureClinical have agreed that Precision will not initiate more than one export at a time.
4. SureClinical's deadline to answer or otherwise respond to the Complaint is continued to 30 days after the continued hearing date on the Motion for Preliminary Injunction.

| | |
|---|---|
| Dated: July 7, 2021 | Respectfully submitted,<br><br>SHEPPARD, MULLIN, RICHTER &<br>HAMPTON LLP<br>Fred R. Puglisi<br>Jay T. Ramsey<br><br>By  /s/ *Jay T. Ramsey*<br>    Jay T. Ramsey<br>    Attorneys for Plaintiff<br>    Precision for Medicine, LLC (f/k/a<br>    Precision Oncology LLC; f/k/a Act<br>    Oncology, LLC)<br><br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Andrew J. Gray IV<br>Lucy Wang<br>Walter S. Tester<br><br>By  /s/ *Lucy Wang*<br>    Lucy Wang<br>    Attorneys for Defendant<br>    SureClinical, Inc. |

**ORDER**

Pursuant to the Parties' stipulation, the hearing in the above-captioned matter previously scheduled for July 8, 2021 is hereby continued until July 22, 2021, in-person, at 11:00 am in courtroom 7. The TRO issued on June 23, 2021 will remain in full force and effect until the continued hearing date on the Motion for Preliminary Injunction. During the period from now until the continued hearing date on the Motion for Preliminary Injunction, Precision and SureClinical have agreed that Precision will not initiate more than one export at a time. SureClinical's deadline to answer or otherwise respond to the Complaint is continued to 30 days after the new hearing date on the Motion for Preliminary Injunction.

**IT IS SO ORDERED.**

DATED: July 7, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE