UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Precision for Medicine, LLC (f/k/a Precision Oncology LLC; f/k/a ACT Oncology, LLC),<br><br>             Plaintiff,<br>    v.<br><br>SureClinical, Inc.,<br><br>             Defendant. | Case No. 2:21-cv-01111-MCE-AC<br><br>Assigned to: The Honorable Morrison C. England, Jr.<br><br>**ORDER GRANTING JOINT REQUEST FOR WAIVER OF IN-PERSON APPEARANCE REQUIREMENT**<br><br>Case Filed:     June 23, 2021 |

1  Pursuant to the Joint Request for Waiver of In-Person Appearance
2 Requirement, filed by Plaintiff Precision for Medicine, LLC ("Plaintiff") and
3 Defendant SureClinical, Inc. ("Defendant") (collectively, the "Parties") in response
4 to the Court's Minute Order dated August 30, 2021 (ECF Dkt. No. 33), the Court
5 hereby GRANTS the request.  The Court will conduct the hearing on Plaintiff's
6 Motion for Preliminary Injunction, scheduled for on September 23, 2021 at 2 p.m.
7 pacific, via Zoom videoconference or similar means.  The Clerk of the Court will
8 contact the parties with instructions.
9  IT IS SO ORDERED.

11 Dated:  September 24, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE