UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Precision for Medicine, LLC (f/k/a Precision Oncology LLC; f/k/a ACT Oncology, LLC),<br><br>　　　　　Plaintiff,<br>　　v.<br><br>SureClinical, Inc.,<br><br>　　　　　Defendant. | Case No. 2:21-cv-01111-MCE-AC<br><br>Assigned to: The Honorable Morrison C. England, Jr.<br><br>**ORDER GRANTING JOINT REQUEST FOR WAIVER OF IN-PERSON APPEARANCE REQUIREMENT**<br><br>Case Filed:　　June 23, 2021 |

Pursuant to the Joint Request for Waiver of In-Person Appearance Requirement, filed by Plaintiff Precision for Medicine, LLC ("Plaintiff") and Defendant SureClinical, Inc. ("Defendant") (collectively, the "Parties") in response to the Court's Minute Order dated September 24, 2021 (ECF Dkt. No. 38), the Court hereby GRANTS the request. The Court will conduct the hearing on Plaintiff's Motion for Preliminary Injunction, scheduled for on September 30, 2021 at 2 p.m. pacific, via Zoom videoconference or similar means. The Clerk of the Court will contact the parties with instructions.

IT IS SO ORDERED.

Dated: September 28, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE