SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Fred R. Puglisi, Cal. Bar No. 121822
Jay T. Ramsey, Cal. Bar No. 273160
1901 Avenue of The Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701

Attorneys for Plaintiff
Precision for Medicine, LLC (F/K/A Precision Oncology LLC; F/K/A Act Oncology, LLC)

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Gray IV, Cal. Bar No. 202137
andrew.gray@morganlewis.com
Walter S. Tester, Cal. Bar No. 287228
scott.tester@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:     +1.650.843.4000
Fax:    +1.650.843.4001

Lucy Wang, Cal. Bar No. 257771
lucy.wang@morganlewis.com
One Market
Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000
Fax:    +1.415.442.1001

Attorneys for Defendant
SureClinical, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Precision for Medicine, LLC (f/k/a Precision Oncology LLC; f/k/a ACT Oncology, LLC),<br><br>             Plaintiff,<br><br>      vs.<br><br>SureClinical, Inc.,<br><br>             Defendant. | Case No. 2:21-cv-01111-MCE-AC<br><br>**JOINT STIPULATION TO CONTINUE TIME TO RESPOND TO COMPLAINT AND ORDER GRANTING SAME**<br><br>Judge:  Morrison C. England, Jr. |

Morgan, Lewis & Bockius LLP
Attorneys at Law
Silicon Valley

CASE NO. 2:21-CV-01111-MCE-AC

JOINT STIPULATION TO CONTINUE
TIME TO RESPOND TO COMPLAINT

Plaintiff Precision for Medicine, LLC (f/k/a Precision Oncology LLC; f/k/a ACT Oncology, LLC) ("Precision") and Defendant SureClinical, Inc. ("SureClinical") (collectively, the "Parties"), by and through their respective counsel, respectfully submit this stipulation.

WHEREAS, on June 23, 2021, Precision filed its Complaint in the above-captioned matter and filed a Motion for Temporary Restraining Order and Preliminary Injunction;

WHEREAS, on August 25, 2021, the Court granted the parties' stipulation deferring SureClinical's deadline to answer or otherwise respond to the Complaint to thirty days after the hearing on Precision's Motion for Preliminary Injunction;

WHEREAS, on September 30, 2021, the Court conducted a hearing on Precision's Motion for Preliminary Injunction and scheduled a settlement conference for October 22, 2021;

WHEREAS, on October 15, 2021, the Court continued the settlement conference until November 5, 2021;

WHEREAS, due to conflicts on November 5, 2021, the Parties are conferring regarding potential alternative dates for the Settlement Conference to propose to the Court.

NOW, THEREFORE, the Parties hereby stipulate and agree, as follows:

1. Subject to the approval of the Court, SureClinical's deadline to answer or otherwise respond to the Complaint is continued to the thirtieth (30th) day after the settlement conference.

Dated:   October 19, 2021

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Fred R. Puglisi
Jay T. Ramsey

By  /s/ Jay T. Ramsey
    Jay T. Ramsey
    Attorneys for Plaintiff
    Precision for Medicine, LLC (f/k/a Precision Oncology LLC; f/k/a Act Oncology, LLC)

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Gray IV
Lucy Wang
Walter S. Tester

By  /s/ Lucy Wang
    Lucy Wang
    Attorneys for Defendant
    SureClinical, Inc.

**ORDER**

Pursuant to the Parties' stipulation, SureClinical's deadline to answer or otherwise respond to the Complaint is continued to the thirtieth (30th) day following the settlement conference.

IT IS SO ORDERED.

DATED: 10/28/2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE