SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Fred R. Puglisi, Cal. Bar No. 121822
Jay T. Ramsey, Cal. Bar No. 273160
1901 Avenue of The Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701

Attorneys for Plaintiff
Precision for Medicine, LLC (F/K/A Precision Oncology LLC; F/K/A Act Oncology, LLC)

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Gray IV, Cal. Bar No. 202137
andrew.gray@morganlewis.com
Walter S. Tester, Cal. Bar No. 287228
scott.tester@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:  +1.650.843.4000  /  Fax: +1.650.843.4001

MORGAN, LEWIS & BOCKIUS LLP
Joseph E. Floren, Cal. Bar No. 168292
joseph.floren@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:  +1.415.442.1000  /  Fax:  +1.415.442.1001

Attorneys for Defendant
SureClinical, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Precision for Medicine, LLC (f/k/a Precision Oncology LLC; f/k/a ACT Oncology, LLC),<br><br>Plaintiff,<br><br>vs.<br><br>SureClinical, Inc.,<br><br>Defendant. | Case No. 2:21-cv-01111-MCE-AC<br><br>**JOINT STIPULATION TO CONTINUE TIME TO RESPOND TO COMPLAINT AND ORDER GRANTING SAME**<br><br>Judge:  Morrison C. England, Jr. |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

CASE NO. 2:21-CV-01111-MCE-AC

JOINT STIPULATION TO CONTINUE
TIME TO RESPOND TO COMPLAINT

Plaintiff Precision for Medicine, LLC (f/k/a Precision Oncology LLC; f/k/a ACT Oncology, LLC) ("Precision") and Defendant SureClinical, Inc. ("SureClinical") (collectively, the "Parties"), by and through their respective counsel, respectfully submit this stipulation.

WHEREAS, on June 23, 2021, Precision filed its Complaint in the above-captioned matter and filed a Motion for Temporary Restraining Order and Preliminary Injunction;

WHEREAS, on August 25, 2021, the Court granted the parties' stipulation deferring SureClinical's deadline to answer or otherwise respond to the Complaint to thirty days after the hearing on Precision's Motion for Preliminary Injunction;

WHEREAS, on September 30, 2021, the Court conducted a hearing on Precision's Motion for Preliminary Injunction and scheduled a settlement conference;

WHEREAS, on January 06, 2022, the Parties conducted an in-person Settlement Conference before Hon. Judge K. Newman;

WHEREAS, the parties have agreed to a continuation of the Settlement Conference before Judge Newman and, per Judge Newman's suggestion, are informally exchanging information such that each side can evaluate the other side's position prior to the Conference. The parties are working with the Court to confirm a date in February for this Conference.

NOW, THEREFORE, the Parties hereby stipulate and agree, as follows:

1. Subject to the approval of the Court, SureClinical's deadline to answer or otherwise respond to the Complaint is continued to the thirtieth (30th) day after the settlement conference.

Dated:   January 13, 2022

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Fred R. Puglisi
Jay T. Ramsey

By  */s/ Jay T. Ramsey*
    Jay T. Ramsey
    Attorneys for Plaintiff
    Precision for Medicine, LLC (f/k/a Precision Oncology LLC; f/k/a Act Oncology, LLC)

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Gray IV
Joseph Floren
Walter S. Tester

By  */s/ Andrew J. Gray IV*
    Andrew J. Gray IV
    Attorneys for Defendant
    SureClinical, Inc.

**ORDER**

Pursuant to the Parties' stipulation, SureClinical's deadline to answer or otherwise respond to the Complaint is continued to the thirtieth (30th) day following the settlement conference.

IT IS SO ORDERED.

**Dated:  January 21, 2022**

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE