SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Fred R. Puglisi, Cal. Bar No. 121822
Jay T. Ramsey, Cal. Bar No. 273160
1901 Avenue of The Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701

Attorneys for Plaintiff
Precision for Medicine, LLC (F/K/A Precision Oncology LLC; F/K/A Act Oncology, LLC)

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Gray IV, Cal. Bar No. 202137
andrew.gray@morganlewis.com
Walter S. Tester, Cal. Bar No. 287228
scott.tester@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304
Tel: +1.650.843.4000 / Fax: +1.650.843.4001

MORGAN, LEWIS & BOCKIUS LLP
Joseph E. Floren, Cal. Bar No. 168292
joseph.floren@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: +1.415.442.1000 / Fax: +1.415.442.1001

Attorneys for Defendant
SureClinical, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Precision for Medicine, LLC (f/k/a Precision Oncology LLC; f/k/a ACT Oncology, LLC),<br><br>Plaintiff,<br><br>vs.<br><br>SureClinical, Inc.,<br><br>Defendant. | Case No. 2:21-cv-01111-MCE-AC<br><br>**JOINT STIPULATION TO CONTINUE TIME TO RESPOND TO COMPLAINT AND ORDER GRANTING SAME**<br><br>Judge: Morrison C. England, Jr. |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

CASE NO. 2:21-CV-01111-MCE-AC

JOINT STIPULATION TO CONTINUE
TIME TO RESPOND TO COMPLAINT

Plaintiff Precision for Medicine, LLC (f/k/a Precision Oncology LLC; f/k/a ACT Oncology, LLC) ("Precision") and Defendant SureClinical, Inc. ("SureClinical") (collectively, the "Parties"), by and through their respective counsel, respectfully submit this stipulation.

WHEREAS, on June 23, 2021, Precision filed its Complaint in the above-captioned matter and filed a Motion for Temporary Restraining Order and Preliminary Injunction;

WHEREAS, on August 25, 2021, the Court granted the parties' stipulation deferring SureClinical's deadline to answer or otherwise respond to the Complaint to thirty days after the hearing on Precision's Motion for Preliminary Injunction;

WHEREAS, on September 30, 2021, the Court conducted a hearing on Precision's Motion for Preliminary Injunction and scheduled a settlement conference;

WHEREAS, on January 06, 2022, the Parties conducted an in-person Settlement Conference before Hon. Judge K. Newman;

WHEREAS, on March 14, 2022, the Parties conducted a remote-video Settlement Conference before Judge Newman;

WHEREAS, with the guidance of Judge Newman, the Parties have continued working to reach settlement, believe they are close to reaching final agreement, and have a counsel-only Settlement Discussion before Judge Newman on April 11, 2022;

WHEREAS, the parties hope to reach final agreement by April 11, 2022, but recognize an additional call with Judge Newman in late April or early May may be required.

NOW, THEREFORE, the Parties hereby stipulate and agree, as follows:

1. Subject to the approval of the Court, SureClinical's deadline to answer or otherwise respond to the Complaint is continued to the thirtieth (30th) day after the last settlement discussion before Judge Newman conducted in April or May 2022.

| | | |
|---|---|---|
| 1 | Dated:   April 11, 2022 | Respectfully submitted, |
| 2 | | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 3 | | Fred R. Puglisi |
| | | Jay T. Ramsey |

By  /s/ *Jay T. Ramsey*
    Jay T. Ramsey
    Attorneys for Plaintiff
    Precision for Medicine, LLC (f/k/a
    Precision Oncology LLC; f/k/a Act
    Oncology, LLC)

MORGAN, LEWIS & BOCKIUS LLP
Andrew J. Gray IV
Joseph Floren
Walter S. Tester

By  /s/ *Andrew J. Gray IV*
    Andrew J. Gray IV
    Attorneys for Defendant
    SureClinical, Inc.

**ORDER**

Pursuant to the Parties' stipulation, SureClinical's deadline to answer or otherwise respond to the Complaint is **CONTINUED** to the thirtieth (30th) day following last settlement discussion before Judge Newman in April or May 2022.

IT IS SO ORDERED.

Dated: April 13, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE