UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Precision for Medicine, LLC (f/k/a Precision Oncology LLC; f/k/a ACT Oncology, LLC),<br><br>　　　　Plaintiff,<br>　　v.<br><br>SureClinical, Inc.,<br><br>　　　　Defendant. | Case No. 2:21-cv-01111-MCE-AC<br><br>Assigned to: The Honorable Morrison C. England, Jr.<br><br>**ORDER DISSOLVING TEMPORARY RESTRAINING ORDER AND DISMISSING THE ACTION**<br><br>Case Filed:　　June 23, 2021 |

SMRH:4855-8168-0166.2　　　　　　　　　　　　　　　　　　　　　　　　　　　　ORDER

Pursuant to the Joint Stipulation to Dissolve Temporary Restraining Order and to Dismiss the Action, filed by Plaintiff Precision for Medicine, LLC ("Precision") and Defendant SureClinical, Inc. ("SureClinical") (collectively, the "Parties"), the Court hereby ORDERS as follows:

1. The Temporary Restraining Order (ECF Dkt. No. 6) is dissolved and shall have no further force and effect.
2. Precision's Motion for Preliminary Injunction (ECF Dkt. No. 3) is withdrawn and off calendar.
3. The action is dismissed with prejudice, with each side to bear its own attorneys' fees and costs.
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 1, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE